UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP TODD TUCKER,
Inmate No. 2259,
    Plaintiff,

vs.                                                       Case No.: 3:20cv5854/LAC/EMT

OKALOOSA COUNTY BOARD
OF COMMISSIONERS, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on May 3, 2021 (ECF No. 7). Efforts were made to furnish all parties a copy of the Report and Recommendation and to afford all an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Mail to Plaintiff was returned marked "not in jail."

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

Case No.: 3:20cv5854/LAC/EMT

2. That this action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of July, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**